IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-20682
Summary Calendar

_____

CHARLES B. WILLIAMS,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-3959
_____

March 9, 2000

Before POLITZ, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

The district court erred in dismissing Charles B. Williams' (Texas prisoner # 554523) 28 U.S.C. § 2254 petition as time-barred. The Texas Court of Criminal Appeals dismissed Williams' second state postconviction application on October 1, 1997, not on April 9, 1997, as found by the district court. Accordingly, we vacate the judgment and remand to the district court for further proceedings.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

VACATED AND REMANDED.